April 11, 2008

Mr. J. Wade Birdwell
Wallach, Andrews & Stouffer, P.C.
550 Bailey Avenue, Suite 500
Fort Worth, TX 76107
Mr. Charles M. Noteboom
Noteboom - The Law Firm
669 Airport Freeway, Suite 100
Hurst, TX 76053

RE: Case Number: 07-0227
 Court of Appeals Number: 02-07-00005-CV
 Trial Court Number: 017-218455-06

Style: WENDY COLLINI, M.D.
 v.
 MARTHA PUSTEJOVSKY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. |
| |Wilder |
| |Ms. Stephanie |
| |Robinson |